CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 16 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:08-cr-00021 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RONALD JUNIOR SADM, | ) | By: Michael F. Urbanski |
|     Petitioner. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that the government's motion to dismiss (ECF No. 44) is **GRANTED**; Sadm's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 35) is **DISMISSED**; a certificate of appealability is **DENIED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This _14th_ day of September, 2016.

/s/ Michael F. Urbanski
United States District Judge